Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Edgar N. Gonzalez (*pro hac vice*)
egonzalez@pattersonsheridan.com
Jordan D. Brown (*pro hac vice*)
jbrown@pattersonsheridan.com
Patterson + Sheridan
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846

*Attorneys for Plaintiff*
*CloudofChange, LLC*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Gregory H. Lantier (*pro hac vice*)
gregory.lantier@wilmerhale.com
2100 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 663-6000

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Sarah B. Petty (pro hac vice)
sarah.petty@wilmerhale.com
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Liv Herriot (SBN 267694)
liv.herriot@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000

*Attorneys for Defendant Clover*
*Network, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVER NETWORK, INC.,<br><br>Defendant. | Case No.: 3:23-cv-03005-AMO<br><br>**STIPULATION AND [PROPOSED ORDER] REGARDING STAY PENDING IPRS** |

Pursuant to Civil Local Rule 7-12, Plaintiff CloudofChange, LLC ("CoC") and Defendant Clover Network, LLC. ("Clover"),[1] by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on June 17, 2022, alleging infringement by Clover of U.S. Patent No. 9,400,640 (the "'640 Patent"), U.S. Patent No. 10,083,012 (the "'012 Patent"), and U.S Patent No 11,226,793 (the "'793 Patent") (collectively, the "Asserted Patents"). Dkt. 1.

WHEREAS, petitions for *inter partes* review are currently pending before the PTAB on all Asserted Patents:

- IPR2023-00232, filed on November 21, 2022, by Clover, relating to claims 1-28 of the '640 Patent;

- IPR2023-00288, filed on December 1, 2022, by Clover, relating to claims 1-20 of the '012 Patent;

- IPR2023-00287, filed on December 1, 2022, by Clover, relating to claims 1-4, 7-28, and 31-44 of the '793 Patent.

WHEREAS, a Final Written Decision in IPR2023-00232 is expected on or about October 20, 2023.

WHEREAS, a Final Written Decision in IPR2023-00288 is expected on or about November 7, 2023.

WHEREAS, a Final Written Decision in IPR2023-00287 is expected on or about November 10, 2023.

WHEREAS, on June 16, 2023, this action was transferred to this Court from the Western District of Texas. Dkt. 97.

WHEREAS, a preliminary Case Management Conference has not yet been held following transfer, and a stay will not disturb existing case activities. Currently, no case schedule is set. A

---

[1] "Clover" refers to Clover Network, LLC, formerly known as Clover Network, Inc. Clover Network, Inc. converted to Clover Network, LLC in 2021, before Plaintiff filed this lawsuit.

Joint Case Management is due on September 28 and the Initial Case Management Conference is set for October 5, 2023.  Dkt. 120.

WHEREAS, the parties expect that the *inter partes* review proceedings may streamline further proceedings in this action, preserving party and judicial resources.

WHEREAS, the parties have met and conferred and agree that a stay would conserve judicial and party resources.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval:

1. The Case is stayed in its entirety until 30 days after the last issued Final Written Decision date.

2. The patent owner (CloudofChange) will notify the Court within seven (7) days of the issuance of a Final Written Decision.

3. The Parties will notify the Court in a joint filing within thirty (30) days of the third Final Written Decision.

IT IS SO STIPULATED.

Dated: August 17, 2023

Respectfully submitted,

PATTERSON + SHERIDAN, LLP

By: */s/ Joseph John Stevens*
Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com

50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Edgar N. Gonzalez (*pro hac vice*)
egonzalez@pattersonsheridan.com

Respectfully submitted,

By: */s/ Liv Herriot (by permission)*
Liv Herriot (SBN 267694)
liv.herriot@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000

Kelly Ransom (*pro hac vice*)
kelly.ransom@kellyhart.com
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429

Gregory H. Lantier (*pro hac vice*)

Jordan D. Brown (*pro hac vice*)
jbrown@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846

*Attorneys for Plaintiff*
*CloudofChange, LLC*

gregory.lantier@wilmerhale.com
R. Gregory Israelsen (*pro hac vice*)
greg.israelsen@wilmerhale.com
Jennifer L. Graber (*pro hac vice*)
jennifer.graber@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 663-6000

Sarah B. Petty (*pro hac vice*)
sarah.petty@wilmerhale.com
Amy L. Mahan (*pro hac vice*)
amy.mahan@wilmerhale.com
Jeannette Leopold (*pro hac vice*)
jeannette.leopold@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

*Attorneys for Defendant Clover Network,*
*LLC*

1

**ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: _____        `        _____

5                                                          Hon. Araceli Martinez-Olguin
                                                             United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

## __ECF ATTESTATION__

2      I hereby attest under penalty of perjury that concurrence in the filing of this document has

3  been obtained from counsel for Defendant.

4      Dated: August 17, 2023            By: _/s/ Joseph John Stevens_
                                            Joseph John Stevens
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28