Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Edgar N. Gonzalez (*pro hac vice*)
egonzalez@pattersonsheridan.com
Jordan D. Brown (*pro hac vice*)
jbrown@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846
*Attorneys for Plaintiff*
*CloudofChange, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>CLOVER NETWORK, INC.,<br>　　　　Defendant. | Case No.: 3:23-cv-03005-AMO<br><br>**NOTICE OF FINAL WRITTEN DECISIONS** |

Pursuant to Order Regarding Stay Pending IPRs (Dkt. No. 132), Plaintiff CloudofChange, LLC hereby files this Notice relating to Final Written Decisions issued in two out of the three related *inter partes* review proceedings by the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office, as follows:

- IPR2023-00779, corresponding to joined IPR2023-00232, Final Written Decision issued on October 18, 2023, holding Claims 1–28 of U.S. Patent No. 9,400,640 unpatentable;[1]

- IPR2023-00997, corresponding to joined IPR2023-00288, Final Written Decision issued on October 19, 2023, holding Claims 1–20 of U.S. Patent No. 10,083,012 unpatentable.[2]

Dated: October 25, 2023

Respectfully submitted,

PATTERSON + SHERIDAN, LLP

By: */s/ Joseph John Stevens*
Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com

50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418 | Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Edgar N. Gonzalez (*pro hac vice*)
egonzalez@pattersonsheridan.com

---

[1] Clover Network, LLC was joined to IPR2022-00779 on June 8, 2023.
[2] Clover Network, LLC was joined to IPR2022-00997 on June 8, 2023.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jordan D. Brown (*pro hac vice*
jbrown@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, Texas 77030
Tel: 713-623-4844 | Fax: 713-623-4846
*Attorneys for Plaintiff CloudofChange, LLC*

3
NOTICE OF FINAL WRITTEN DECISIONS
CASE NO: 5:23-CV-03005-AMO