Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Edgar N. Gonzalez (*pro hac vice*)
egonzalez@pattersonsheridan.com
Jordan D. Brown (*pro hac vice*)
jbrown@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846
*Attorneys for Plaintiff
CloudofChange, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br>      Plaintiff,<br><br>vs.<br><br>CLOVER NETWORK, INC.,<br>      Defendant. | Case No.: 3:23-cv-03005-AMO<br><br>**NOTICE OF FINAL WRITTEN DECISION** |

Pursuant to Order Regarding Stay Pending IPRs (Dkt. No. 132), Plaintiff CloudofChange, LLC hereby files this Notice relating to Final Written Decision issued in *inter partes* review proceeding by the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office, as follows:

- IPR2023-00287, corresponding to joined IPR2022-01143, Final Written Decision issued on November 3, 2023, holding Claims 1–4, 7-28, and 31-44 of U.S. Patent No. 11,226,793 B2 unpatentable.[1]

Dated: November 8, 2023

Respectfully submitted,

PATTERSON + SHERIDAN, LLP

By: /s/ Joseph John Stevens
Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418 | Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Edgar N. Gonzalez (*pro hac vice*)
egonzalez@pattersonsheridan.com
Jordan D. Brown (*pro hac vice*
jbrown@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, Texas 77030
Tel: 713-623-4844 | Fax: 713-623-4846
*Attorneys for Plaintiff CloudofChange, LLC*

---

[1] Clover Network, LLC was joined to IPR2022-01143 on June 8, 2023.