Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Jordan D. Brown (*pro hac vice*)
jbrown@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846
*Attorneys for Plaintiff*
*CloudofChange, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br>    Plaintiff,<br><br>vs.<br><br>CLOVER NETWORK, INC.,<br>    Defendant. | Case No.: 3:23-cv-03005-AMO<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO WITHDRAW EDGAR GONZALEZ AS COUNSEL FOR PLAINTIFF** |

Pursuant to Civil L.R. 11-5, Plaintiff CloudofChange, LLC ("CloudofChange") hereby moves this Court to withdraw Edgar Gonzalez as counsel of record for CloudofChange. Mr. Gonzalez is no longer with the firm Patterson + Sheridan LLC. Other counsel of record at Patterson + Sheridan LLC will continue to represent CloudofChange in this matter.

Defendant Clover Network, Inc. does not oppose this motion.

Dated: December 5, 2023

Respectfully submitted,

PATTERSON + SHERIDAN, LLP

By: */s/ Joseph John Stevens*
Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com

50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418 | Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
Jordan D. Brown (*pro hac vice*
jbrown@pattersonsheridan.com

24 Greenway Plaza, Suite 1600
Houston, Texas 77030
Tel: 713-623-4844 | Fax: 713-623-4846

*Attorneys for Plaintiff CloudofChange, LLC*