Joseph John Stevens (CA Bar No. 242495)
jstevens@pattersonsheridan.com
50 W. San Fernando Street, Suite 250
San Jose, CA 95113
Tel: 650-384-4418
Fax: 650-330-2314

B. Todd Patterson (*pro hac vice*)
tpatterson@pattersonsheridan.com
John A. Yates (*pro hac vice*)
jyates@pattersonsheridan.com
Kyrie K. Cameron (*pro hac vice*)
kcameron@pattersonsheridan.com
24 Greenway Plaza, Suite 1600
Houston, Texas 77030
713-623-4844 | 713-623-4846

*Attorneys for Plaintiff*
*CloudofChange, LLC*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Gregory H. Lantier (*pro hac vice*)
gregory.lantier@wilmerhale.com
2100 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 663-6000

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Liv Herriot (SBN 267694)
liv.herriot@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6000

*Attorneys for Defendant Clover Network, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CLOUDOFCHANGE, LLC,<br>        Plaintiff,<br><br>vs.<br><br>CLOVER NETWORK, INC.,<br>        Defendant. | Case No.: 3:23-cv-03005-AMO<br><br>**JOINT STATUS REPORT PURSUANT TO DECEMBER 12, 2024 (DKT. 146) ORDER** |

1   Pursuant to this Court's December 12, 2024 Order (Dkt. 146), Plaintiff CloudofChange, LLC ("CoC") and Defendant Clover Network, LLC. ("Clover"),[1] file this Joint Status Report.

Plaintiff filed the Complaint on June 17, 2022, alleging infringement by Clover of U.S. Patent No. 9,400,640 (the "'640 Patent"), U.S. Patent No. 10,083,012 (the "'012 Patent"), and U.S Patent No 11,226,793 (the "'793 Patent") (collectively, the "Asserted Patents").  Dkt. 1.

In October and November 2023, the Patent Trial and Appeal Board (PTAB) issued Final Written Decisions which determined all asserted claims are unpatentable:

- A Final Written Decision in IPR2023-00232 issued on October 18, 2023, holding claims 1-28 of the '640 Patent unpatentable.
- A Final Written Decision in IPR2023-00288 issued on October 19, 2023 holding claims 1-20 of the '012 Patent unpatentable.
- A Final Written Decision in IPR2023-00287 issued on November 3, 2023 holding claims 1-4, 7-28, and 31-44 of the '793 Patent unpatentable.

On December 1, 2023, this Court issued an Order granting the parties' stipulation to stay the case "in its entirety until 30 days after the final resolution, including any appeals, of the Final Written Decisions in IPR2023-00288, IPR2023-00232 and IPR2023-00287."  Dkt. 139.

Plaintiff appealed all three Final Written Decisions in February and March 2024.  On March 15, 2024, all three appeals were consolidated.  Plaintiff-Appellant CloudofChange filed its reply brief on October 11, 2024.

On December 12, 2024, this Court issued an Order directing the parties to "file a further joint status report by March 12, 2025 and every 90 days thereafter until the appeal is resolved."  Dkt. 146.

On March 10, 2025, the parties submitted a Joint Status Report, which stated that the appeal remains pending and oral argument has not been set.  Dkt. 147.

---

[1] "Clover" refers to Clover Network, LLC, formerly known as Clover Network, Inc.  Clover Network, Inc. converted to Clover Network, LLC in 2021, before Plaintiff filed this lawsuit.

1

JOINT STATUS REPORT
CASE NO: 3:23-CV-03005-AMO

There has been no change since the March 10, 2025 Joint Status Report. The appeal remains pending and oral argument has not been set. The parties agree that the case should remain stayed pending the appeal and request that the Court continue the stay through the completion of the appeal.

Dated: June 6, 2025

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| PATTERSON + SHERIDAN, LLP | |
| By: */s/ Joseph John Stevens*<br>Joseph John Stevens (CA Bar No. 242495)<br>jstevens@pattersonsheridan.com | By: */s/ Liv Herriot*<br>Liv Herriot (SBN 267694)<br>liv.herriot@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: (650) 858-6000 |
| 50 W. San Fernando Street, Suite 250<br>San Jose, CA 95113<br>Tel: 650-384-4418<br>Fax: 650-330-2314 | |
| B. Todd Patterson (*pro hac vice*)<br>tpatterson@pattersonsheridan.com<br>John A. Yates (*pro hac vice*)<br>jyates@pattersonsheridan.com<br>Kyrie K. Cameron (*pro hac vice*)<br>kcameron@pattersonsheridan.com | Kelly Ransom (*pro hac vice*)<br>kelly.ransom@kellyhart.com<br>KELLY HART & HALLMAN LLP<br>303 Colorado, Suite 2000<br>Austin, Texas 78701<br>Tel: (512) 495-6429 |
| 24 Greenway Plaza, Suite 1600<br>Houston, Texas 77030<br>713-623-4844 \| 713-623-4846 | Gregory H. Lantier (*pro hac vice*)<br>gregory.lantier@wilmerhale.com<br>R. Gregory Israelsen (*pro hac vice*)<br>greg.israelsen@wilmerhale.com<br>Jennifer L. Graber (*pro hac vice*)<br>jennifer.graber@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Ave., NW<br>Washington, DC 20037<br>Tel: (202) 663-6000 |
| *Attorneys for Plaintiff*<br>*CloudofChange, LLC* | *Attorneys for Defendant Clover Network, LLC* |

**ECF ATTESTATION**

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: June 6, 2025

By: */s/ Liv L. Herriot*